United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REINA AYALA-AYALA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-762 |
| | § | |
| WARDEN, JOE CORLEY | § | |
| PROCESSING CENTER, | § | |
| | § | |
| Respondent.[1] | § | |

**ORDER**

Reina Ayala-Ayala ("Petitioner" filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2241 on February 27, 2026.[2] Petitioner argues that her continued detention violates her right to due process of law. In <u>Jimenez v. Noem</u>, Civil Action No. H-25-5853, this court found that a claim under the Due Process Clause of the Fifth Amendment fails because the Supreme Court has recognized that detention during removal proceedings is a constitutionally permissible part of that process.

---

[1] The Warden is substituted as the sole respondent in place of the other listed respondents because he is the petitioner's immediate custodian as the warden of the Montgomery Processing Center. See <u>Rumsfeld v. Padilla</u>, 124 S. Ct. 2711, 2720 (2004) ("In challenges to present physical confinement, we reaffirm that the immediate custodian, not a supervisory official who exercises legal control, is the proper respondent."); <u>see also</u> 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").

[2] Amended Petition for Habeas Corpus, Docket Entry No. 5.

Unless Petitioner can distinguish her case from the decision of this court cited above within 10 days from the entry of this order, the court will deny Petitioner's Amended5Petition for Writ of Habeas Corpus (Docket Entry No. 1) and will dismiss this action. Petitioner may also voluntarily dismiss her petition.

It is **ORDERED** that the Clerk will email this order to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents.

**SIGNED** at Houston, Texas, on this 2nd day of March, 2026.

```
                              _____
                                        SIM LAKE
                         SENIOR UNITED STATES DISTRICT JUDGE
```