United States District Court
Southern District of Texas

**ENTERED**

April 08, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION


AYALA-AYALA,                          §
                                      §
                 Petitioner,          §
                                      §
v.                                    §      CIVIL ACTION NO. H-26-0762
                                      §
GABRIEL MARTINEZ, et al.,             §
                                      §
                 Respondents.         §


**ORDER**


On February 27, 2026, Ayala-Ayala ("Petitioner") filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2241.[1] On March 2, 2026, the court entered an order (Docket Entry No. 7) stating:

> Unless Petitioner can distinguish her case from the decisions of this court cited above within 10 days from the entry of this order, the court will deny Petitioner's Amended Petition for Writ of Habeas Corpus (Docket Entry No. [5]) and will dismiss this action.

As of April 8, 2026, Petitioner has not filed a response. She has therefore failed to distinguish her case from the decisions of this court within 10 days of the court entering Docket Entry No. 7.

Accordingly, Petitioner's Amended Petition for Writ of Habeas

---

[1]Amended Petition for Writ of Habeas Corpus, Docket Entry No. 5. Petitioner's original Petition for Writ of Habeas Corpus was filed on January 31, 2026. Petition for Writ of Habeas Corpus, Docket Entry No. 1.

Corpus (Docket Entry No. 5) is **DENIED,** and a final judgment will be entered dismissing the action with prejudice.

**SIGNED** at Houston, Texas, on this 8th day of April, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE